UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Dorothy Miller-Hansen

    Plaintiff,

v.

Garfield Beach CVS, LLC et al

    Defendants.

Case No.  ED CV 17-00730-AB (AJWx)


ORDER DISMISSING CIVIL ACTION

  THE COURT having been advised that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 6, 2018    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE